This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**JOHN R. POLK,**

      Plaintiff-Appellant,

v.                                            **No. A-1-CA-37510**

**JPMORGAN CHASE BANK, N.A.,**
**d/b/a CHASE BANK a/k/a CHASE**
**BANK USA, N.A.,**

      Defendant-Appellee,

and

**MARY BETH EVANS and BRIAN**
**EVANS,**

      Defendants.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**C. Shannon Bacon, District Judge**

Law Offices of John Polk
John R. Polk
Albuquerque, NM

for Appellant

Stroock & Stroock & Lavan LLP
Arjun P. Rao
Daniel J. Yost
New York, NY

Lewis Roca Rothgerber Christie LLP
Ross L. Crown
Bobbie J. Collins
Albuquerque, NM

for Appellee

**MEMORANDUM OPINION**

**VARGAS, Judge.**

**{1}** Appellant John R. Polk appeals from the district court's order granting Defendant-Appellee Chase Bank USA, N.A.'s motion to dismiss the amended complaint with prejudice. [RP 190] However, this Court issued a notice of proposed disposition, proposing to summarily dismiss for lack of a final order, because it appeared that there remained claims pending in district court against other named Defendants. [CN 3] We therefore proposed to conclude that the order at issue was non-final, that the district court had not yet been divested of jurisdiction, and that Plaintiff's appeal was premature. [CN 3] In response, Plaintiff has not filed a memorandum in opposition to our proposed disposition. Appellee filed a memorandum in support of our proposed summary disposition.

**{2}** Accordingly, we rely on the reasoning contained in our notice of proposed disposition and we dismiss Plaintiff's appeal for lack of a final order.

**{3}** **IT IS SO ORDERED.**

**JULIE J. VARGAS, Judge**

**WE CONCUR:**

**JACQUELINE R. MEDINA, Judge**

**MEGAN P. DUFFY, Judge**